IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT FOR PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs                                       Civil Action No. 99-350E

TED E. DOBSON AND
TINA M. DOBSON

    Defendant(s)

## PRAECIPE FOR SATISFACTION

TO THE CLERK OF COURT:

Satisfy the above-captioned matter upon the records of the Court and mark the costs paid

                                                 Respectively submitted,
                                                 Bernstein Law Firm, P.C.

                                                 By: _____
                                                 Attorneys for Plaintiff
                                                 Suite 2200 Gulf Tower
                                                 Pittsburgh, PA 15219
                                                 (412) 456-8100
                                                 **BERNSTEIN FILE NO: RP001766**

Sworn to and subscribed
before me this _9th_
day of _March_, 2006

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Cheryl A. Bauer, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires July 22, 2009
Pennsylvania Association Of Notaries